| AO 10 Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) BROWN, TRISH M. | 2. Court or Organization U.S. BANKRUPTCY COURT, OREGON | 3. Date of Report 09/14/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) BANKRUPTCY JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |

| 7. Chambers or Office Address 1001 SW FIFTH AVE., SUITE 700 PORTLAND, OR 97204 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Oregon Division, U.S. Fencing Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 09/14/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | FIDELITY NATIONAL MANAGEMENT - SALARY |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Debtor-Creditor Section, Oregon State Bar | 09/16/11 to 9/17/11 | Bend, OR | Debtor-Creditor Annual Meeting | Transportation, lodging,and meals |
| 2. | National Conference of Bankrupty Judges | 8/28/11 to 8/29/11 | Indianapolis, IN | Site Visit for Site Selection Committee | Flight |
| 3. | National Conference of Bankrupcy Judges | 10/12/11 to 10/15/11 | Tampa, FL | Annual Meeting and Board of Governors Meeting | Lodging (3 nights) |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 09/14/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 09/14/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | MORGAN STANLEY SMITH BARNEY ROLLOVER IRA (name change only) | D | Div. & Int. | N | T | | | | | |
| 2. | - Cons Staples Sel Sect SPDR FD | | | | | Buy (add'l) | 03/29/11 | J | | |
| 3. | - Health Care Sel Sect SPDR FD | | | | | Buy (add'l) | 06/14/11 | J | | |
| 4. | - Bond of John Hancock Life Insurance Co. | | | | | Redeemed | 03/15/11 | J | A | |
| 5. | - Industrial Sel Sec SPDR Fd | | | | | Buy (add'l) | 10/4/11 | J | | |
| 6. | | | | | | Buy (add'l) | 12/2/11 | J | | |
| 7. | - Ishares S&P Glbl Engy Sctr Index | | | | | Buy (add'l) | 3/29/11 | J | | |
| 8. | - Vanguard Extended Mkt ETF | | | | | | | | | |
| 9. | - Powershares S&P High Quality fka Powershares Val Line ... | | | | | | | | | See Part VIII. |
| 10. | - AllianceBernstein Inc FD | | | | | | | | | |
| 11. | - MFS Charter Income TR SB1 | | | | | | | | | |
| 12. | - Ishares MSCI PAC Ex-Japan IDX | | | | | | | | | |
| 13. | - Vanguard Growth ETF | | | | | | | | | |
| 14. | - Vanguard Value ETF Index | | | | | | | | | |
| 15. | - Powershares QQQ TR | | | | | | | | | |
| 16. | - IShares SP Smallcap 600 Index | | | | | | | | | |
| 17. | - Standard & Poors Midcap 400 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 09/14/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - SPDR S&P Midcap 400 ETF Trust fka Standard & Poors ... | | | | | | | | | See Part VIII. |
| 19. - Ishares Barclays Agency Bnd Fd | | | | | | | | | See Part VIII. |
| 20. - Powershares Wldhill Clean Energy | | | | | | | | | |
| 21. - Ishares IBOXX Invest Gr Cor. Fd | | | | | | | | | |
| 22. - Ishares MSCI Emerging Mkts Fd | | | | | | | | | |
| 23. - Ishares DJ US Rl Est Index | | | | | | | | | |
| 24. - Ishares S&P Pref Stk Indx | | | | | | | | | |
| 25. - Ishares Barclays MBS Bond Fund | | | | | | | | | |
| 26. - Vanguard MSCI EAFE ETF fka Vanguard Europe Pacific | | | | | | | | | |
| 27. - Vanguard Dividend Appreciation | | | | | | | | | |
| 28. - SPDR S & P Inter DVD ETF | | | | | | | | | |
| 29. - ISHARES BARCLAYS 1-3 YEAR CRED | | | | | | | | | |
| 30. INTEL COMMON STOCK | A | Dividend | J | T | | | | | |
| 31. DISNEY COMMON STOCK | A | Dividend | J | T | | | | | |
| 32. MEDTRONICS COMMON STOCK | A | Dividend | K | T | | | | | |
| 33. NIKE COMMON STOCK | A | Dividend | K | T | | | | | |
| 34. PEPSI COMMON STOCK | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 09/14/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Chevron Texaco Corporation/Common Stock | A | Dividend | J | T | | | | | |
| 36. American Funds: INVEST. COMPANY OF AMERICA - MUTUAL FUND | B | Dividend | | | Sold | 04/28/11 | L | D | |
| 37. American Funds: EUROPACIFIC GROWTH FUND - MUTUAL FUND | B | Dividend | L | T | | | | | |
| 38. AQUILLA TAX FREE TRUST - MUTUAL FUND | A | Dividend | J | T | | | | | |
| 39. OREGONIAN FEDERAL CREDIT UNION - PORTLAND, OR | A | Interest | K | T | | | | | |
| 40. St. Helens Comm. Fed. Credit Union Accounts-St. Helens, OR | A | Interest | J | T | | | | | |
| 41. WELLS FARGO BANK ACCOUNTS - PORTLAND, OR | A | Interest | L | T | | | | | |
| 42. BANK OF AMERICA - PORTLAND, OR | A | Interest | J | T | | | | | |
| 43. PAINEWEBBER RMA - PORTLAND, OR | A | Interest | J | T | | | | | |
| 44. Oregon College Savings Plan TIAFF Cref Age Base Portfolio | A | Dividend | J | T | Sold (part) | 07/15/11 | J | | |
| 45. | | | | | Sold (part) | 12/12/11 | J | | |
| 46. SEI INVESTMENTS - ROLLOVER IRA | D | Dividend | N | T | | | | | |
| 47. - SEI Prime Obligation Fund | | | | | | | | | |
| 48. - SEI Large Cap Value Fund | | | | | | | | | |
| 49. - SEI Large Cap Growth Fund | | | | | | | | | |
| 50. - SEI Small Cap Growth Fund | | | | | | | | | |
| 51. - SEI Small Cap Value Fund | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BROWN, TRISH M. | 09/14/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - SEI International Equity Fund | | | | | | | | | |
| 53. - SEI Emerging Markets Equity Fund | | | | | | | | | |
| 54. Karen Rennick Dyal/Marc Dyal - Personal loan/note/trust deed | D | Interest | | | Matured | 11/29/11 | L | A | See Part VIII. |
| 55. Northwest Mutual Financial Network (whole life insurance) | B | Dividend | K | T | | | | | See Part VIII. |
| 56. FIDELITY NATIONAL FINANCIAL GROUP 401(k) PROFIT SHARING PLAN | A | Int./Div. | K | T | | | | | See Part VIII. |
| 57. - Oakmark Equity & Income | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, line 9, page 4. The full name of the former investment was Powershares Val Line Time SL

2. Part VII, line 18, page 5. The full name of the former investment was Standard & Poors Midcap 400.

3. Part VII, line 19, page 5. This was inadvertently omitted from the report filed on June 4, 2012, although was contained in all previous drafts.

4. Part VII, line 54, page7. The loan to Karen Rennick Dyaland Mark Dyal was paid in full.

5. Part VII, line 55, page 7. No premium payment exceeded $1,000.00.

6. Part VII, line 56, page 7. Acquisitions of investments within Fidelity National Financial Group 401(k) Profit Sharing Plan did not exceed $1,000 on a per transaction basis.

7. Ishares MSCI Growth Index FD was sold in full on October 19, 2009, and inadvertently not reported. The value code would have been "K". There was a loss so the gain code would have been "A".

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ TRISH M. BROWN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544